IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:04CV136

| | |
|---|---|
| EARNESTINE SHEPHERD,  )<br>  )<br>　　　　　Plaintiff,　　)<br>  )<br>　　vs.　　　　　　　　)<br>  )<br>METROPOLITAN LIFE INSURANCE  )<br>COMPANY,　　　　　　　)<br>  )<br>　　　　　Defendant.　　)<br>　　　　　　　　　　　　) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte* to continue the trial from the November 2005 term in the Asheville Division.

A recommendation as to the disposition of the parties' motions for summary judgment has been received from the Magistrate Judge; this Court will not complete its review of the Memorandum and Recommendation and the motions in time for the parties to adequately prepare for trial for the November 2005 term.

**IT IS, THEREFORE, ORDERED** that the Clerk calendar this case for trial during the Court's January 2006 term in the Asheville Division.

**Signed: September 23, 2005**

Lacy H. Thornburg
United States District Judge