# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

### CIVIL NO. 1:04CV136

| | | |
|---|---|---|
| **EARNESTINE SHEPHERD,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| **METROPOLITAN LIFE** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court *sua sponte* to continue the trial from the January 2006 term in the Asheville Division.

The Court has under advisement the parties' cross motions for summary judgment and the Plaintiff's motion to compel; the Court will not complete its review of these motions in time for the parties to adequately prepare for trial for the January 2006 term.

**IT IS, THEREFORE, ORDERED** that the Clerk calendar this case for trial during the Court's March 2006 term in the Asheville Division.

**Signed: December 8, 2005**

Lacy H. Thornburg
United States District Judge