# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:04CV136

| | |
|---|---|
| EARNESTINE SHEPHERD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| METROPOLITAN LIFE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court *sua sponte* to continue the trial from the March 2006 term in the Asheville Division.

The Court has under advisement the parties' cross motions for summary judgment and the Plaintiff's motion to compel; the Court will not complete its review of these motions in time for the parties to adequately prepare for trial for the March 2006 term.

**IT IS, THEREFORE, ORDERED** that the Clerk calendar this case for trial during the Court's May 2006 term in the Asheville Division.

Signed: February 16, 2006

Lacy H. Thornburg
United States District Judge