# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:04CV136

| | |
|---|---|
| EARNESTINE SHEPHERD, ) ) Plaintiff, ) ) v. ) ) METROPOLITAN LIFE ) INSURANCE COMPANY, ) ) Defendant. ) _____ ) | <u>J U D G M E N T</u> |

For the reasons stated in the Memorandum and Order filed March 31, 2006, and pursuant to the Stipulation of Dismissal filed April 10, 2006, dismissing Plaintiff's claim under 29 U.S.C. § 1132(c)(1)(B) with prejudice,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Defendant's motion for summary judgment is **ALLOWED** as to Plaintiff's claim under 29 U.S.C. § 1132(a)(1)(B), and this matter is hereby **DISMISSED WITH PREJUDICE** in its entirety.

Signed: April 12, 2006

Lacy H. Thornburg
United States District Judge